1  KENDALL BRILL & KELLY LLP
   Jeffrey H. Rutherford (181695)
2    jrutherford@kbkfirm.com
   Michael J. McCarthy (334829)
3    mmccarthy@kbkfirm.com
   10100 Santa Monica Blvd., Suite 1725
4  Los Angeles, California 90067
   Telephone: 310.556.2700
5  Facsimile:  310.556.2705

6  THE LAW OFFICE OF JOHN V. SPILOTRO, P.C.
   John V. Spilotro (*Admitted Pro Hac Vice*)
7    lawyer@lasvegas.net
   319 South Third Street, Suite 100
8  Las Vegas, Nevada  89101
   Telephone:  702.385.4994
9  Facsimile:   702.342.5479

10  MICHAEL H. ARTAN, LAWYER, APC
    Michael H. Artan
11    michaelartan@yahoo.com
    35 North Lake Avenue, Suite 710
12  Pasadena, California  91101
    Telephone:  (213) 407-2985
13  Facsimile:  (213) 402-3132

14  Attorneys for Defendant
15  Scott Sibella

16

17                **UNITED STATES DISTRICT COURT**

18                **CENTRAL DISTRICT OF CALIFORNIA**

19                     **WESTERN DIVISION**

20  UNITED STATES OF AMERICA,          Case No. CR 23-656-DMG

21          Plaintiff,

22     v.                              **DEFENDANT SCOTT SIBELLA'S
                                       SUPPLEMENTAL EXHIBITS IN
23  SCOTT SIBELLA,                     SUPPORT OF SENTENCING
                                       MEMORANDUM**
24          Defendant.
                                       Judge:      Hon. Dolly M. Gee
25                                     Date:       May 8, 2024
                                       Time:       3:00 p.m.
26                                     Courtroom:  8C

27

28

1    Defendant Scott Sibella, by and through his counsel of record, hereby

2   respectfully submits his supplemental exhibits in support of sentencing

3   memorandum.

4

5   DATED:  May 3, 2024                    KENDALL BRILL & KELLY LLP

6

7

8                                    By:    _____/s/_____

9                                          Jeffrey H. Rutherford
                                           Attorneys for Defendant Scott Sibella
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Kendall Brill
& Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

604405656                                    2                      Case No. CR 23-656-DMG

SCOTT SIBELLA'S SUPPLEMENTAL EXHIBITS IN SUPPORT OF SENTENCING MEMORANDUM

| Sibella's Supplemental Exhibits to Sentencing Memorandum Letters of Support | | |
|---|---|---|
| No. | Description | Exhibit Number |
| 1. | Boasberg, William | F-1 |
| 2. | Horowitz, Ben | F-2 |
| 3. | McMahill, Kevin | F-3 |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd
Suite 1725
Los Angeles, CA 90067

604405656

3

Case No. CR 23-656-DMG

SCOTT SIBELLA'S SUPPLEMENTAL EXHIBITS IN SUPPORT OF SENTENCING MEMORANDUM

# **EXHIBIT F-1**

February 26, 2024

The Honorable Dolly M. Gee
United States District Judge
Central District of California
Los Angeles, CA 90012

Dear Judge Gee:

Thank you, Your Honor, for allowing me to write this letter on behalf of a good friend and a business associate of many years, Mr. Scott Sibella, who will come before you soon for sentencing.

I've known Scott since 2007 and consider him a friend, co-worker and a mentor. I first became acquainted with Scott in 2007 when I was working for MGM as the Chief Financial Officer of The Mirage in Las Vegas. I worked for MGM for approximately 13 years from 2005-2018 in numerous capacities including Chief Financial Officer of several strip properties from 2005-2015 as well as President of MGM National Harbor in Maryland (2015-2017) and the Beau Rivage in Mississippi (2017-2018). I left MGM in 2018 to move home to New Orleans, where I was born and raised, to be closer to family. I am currently the COO of Key Real Estate based out of New Orleans, Louisiana. Key Real Estate is a real estate company that focuses on multi-family development, acquisition, and property management.

In the 17 years since I have known Scott, I would describe him to be extraordinarily hard working, a family man, a friend and an honest, dynamic leader with high integrity. When I worked directly for Scott from 2007-2010, I can tell you that he was a person of great character. He took his role as President of the Mirage very serious and was unwavering as it relates to his role in compliance. Scott was a leader that was honest, followed the rules and always stressed to his employees the importance of following the rules, especially since a gaming company's most important asset is its gaming license.

Your honor, I think it is important to recognize Mr. Sibella as an upstanding member of the Las Vegas community his entire life. He has been an extremely active participant in many community causes from Make-a-Wish Foundation; to Keep Memory Alive (a local medical treatment entity that partners with the Cleveland Clinics Center for Brain Health here in Las Vegas; Four Square, a local foodbank; Shade Tree, (a center that helps displaced women affected by domestic violence ). In addition, when I worked with Scott, he hosted an annual event to raise money for sheltered dogs that needed a home that included adoption of pets into local homes across Las Vegas.

I'm asking that when Scott comes before you for sentencing you give thought to prescribed community service instead of incarceration. I think a man of Scott's immense talents can be beneficial to so many worthwhile causes in Las Vegas and beyond, and that leniency is appropriate in this case.

**EXHIBIT F-1**
**Page 1**

Thank you, Your Honor. And, once again, I'm very appreciative of the opportunity to provide my personal perspective of Scott Sibella.  Thank you for your consideration.


Most sincerely yours,

William Boasberg

# EXHIBIT F-2

**andreessen.**
**horowitz**

**PERSONAL & CONFIDENTIAL**

May 2, 2024

Honorable Dolly M. Gee
Chief District Judge
United States Courthouse
350 West 1st Street, Courtroom 8C, 8th Floor
Los Angeles, CA, 90012

Dear Judge Gee,

I am writing this letter as a character reference for Scott Sibella who is scheduled to come before you for sentencing in the near future.

In my position as Founding Partner of Andreessen Horowitz, the United States' leading technology Venture Capital Firm, I have had many opportunities to observe the ethics and character of CEOs from small to large corporations both as an investor and a board member. As you might imagine, during that time, I have seen everything from perfect ethics and governance to criminal behavior. As a former, public company CEO myself, I fully understand the responsibilities of people in leadership positions to maintain the highest standards in order preserve the integrity of their companies, but contribute to the systemic integrity of society as a whole.

It is in that context that I make my recommendation. I have known Scott for several years both in a friendly and a business context as a customer of Resorts World. During that time, he has acted with total integrity, been straightforward in his dealings and has always kept his word. Beyond that, he has contributed heavily to our community here in Las Vegas and been a standup citizen at every opportunity. He has contributed heavily to our local charities as well as volunteered to help others, develop young talent, and been a great friend to all that know him.

As you consider his sentence, I strongly stress that Scott Sibella is a good man and an important leader in our community. None of us would do well in life if we were judged by our very worst moment and I believe that this was Scott's very worst moment. I urge you to consider this as you make your decision. He has contributed greatly to society before and he can again, but in order to do that we must not throw him away. While I understand that there must be some consequences for his actions, I emphasize that the punishment that he's faced already in losing his job and being publicly embarrassed has been severe. As a result, I recommend a community service based sentence that will benefit us all.

Thank you for your attention and consideration,

Ben Horowitz
Andreessen Horowitz

a16z.com

# EXHIBIT F-3

**LAS VEGAS METROPOLITAN**
**POLICE DEPARTMENT**

*Kevin McMahill, Sheriff*

April 30, 2024

The Honorable Dolly M. Gee
United States District Judge
Central District of California
Los Angeles, California 90012

Dear Judge Gee:

My name is Kevin McMahill, and this is a letter in support of Scott Sibella, whom I call a friend and have known for almost seven years. For as long as I have known him, he has displayed unwavering support to Las Vegas Metropolitan Police Department.

Scott assisted our department in creating the Good Ticket Award, an employee appreciation program that recognizes officers for their heroic acts. Thanks to his generous donations, we are able to honor many more officers for their courage, humanity, and compassion for our community.

Scott was integral in providing and hosting a recruiting event at Resorts World that helped our agency test over 800 applicants. Along with securing the venue, he arranged advertisement for the event that greatly benefited our recruiting efforts.

Every interaction and experience with Scott have been nothing short of exceptional. What he is accused of is out of character and doesn't represent the person I've come to know.

Thank you for taking the time to consider my experiences and feelings regarding Scoot Sibella.

Sincerely,

Kevin McMahill, Sheriff
Las Vegas Metropolitan Police Department

*Partners with the Community*

400 S. Martin L. King Blvd. • Las Vegas, NV 89106-4372 • (702) 828-3111 • lvmpd.com • protectthecity.com

**EXHIBIT F-3**
**Page 4**